KEITH E. EGGLETON, State Bar No. 159842
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
Email: keggleton@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

THOMAS M. FERLAUTO, State Bar No. 155503
KING & FERLAUTO, LLP
1880 Century Park East, Suite 820
Los Angeles, CA 90067
Tel.: (310) 552-3366
Fax: (310) 552-3289
Email: tmf@kingferlauto.com

*Attorneys for Plaintiff, on behalf of himself and others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSCAR MACIAS, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC. and WALMART.COM USA LLC, <br><br> Defendants. | Civil Action No. CV 09 0961 (JCS) <br><br> **STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Civil Rule 6-1, Defendant Netflix, Inc. ("Defendants") and Plaintiff Oscar Macias, ("Plaintiff"), hereby stipulate:

WHEREAS, on or about February 2, 2009, Plaintiff filed the complaint in this action in Superior Court of the State of California, County of Santa Clara, which alleges violations under California's Cartwright Act, Cal. Bus. & Prof. Code §§ 16720, 16727;

WHEREAS, on March 5, 2009, Defendant Walmart.com USA LLC filed a Notice of Removal of Action to this Court;

1     WHEREAS, Plaintiff styled the action as a putative class action;

2     WHEREAS, Plaintiff and Defendant have agreed that Defendant's time to answer or
3 otherwise respond to this complaint will be extended to 30 days after such time as either: (1) the
4 Court decides whether this action was properly removed to this Court; or (2) this action is
5 consolidated with other cases that originated in California Superior Court, should Plaintiff decline
6 to seek remand.

7     WHEREAS, Plaintiff and Defendant agree that any extension agreed upon herein is
8 without prejudice to Defendant's right to seek additional enlargements of time as necessary;

9     WHEREAS, this stipulation shall not be taken as a waiver of any defenses that Defendant
10 may have to Plaintiff's Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure
11 or otherwise;

12     NOW, THEREFORE, Plaintiff and Defendant, by and through their respective attorneys of
13 record, stipulate that Defendant shall have from 30 days after such time as either: (1) the Court
14 decides whether this action was properly removed to this Court; or (2) this action is consolidated
15 with other cases that originated in California Superior Court, should Plaintiff decline to seek
16 remand, or other extension as contemplated above, to answer or otherwise respond.

17 Dated: March 12, 2009

                                                Respectfully submitted,

                                                WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Jonathan M. Jacobson
    Jonathan M. Jacobson
    Sara Ciarelli Walsh
    1301 Avenue of the Americas
    40th Floor
    New York, NY 10019
    Tel.: (212) 999-5800
    Fax: (212) 999-5899

    Keith E. Eggleton
    650 Page Mill Road
    Palo Alto, CA 94304
    Tel.: (650) 493-9300
    Fax: (650) 493-6811

*Attorneys for Defendant Netflix, Inc.*

1  Stipulated and agreed this 12th day of March, 2009

2  By: /s/ Thomas M. Ferlauto (with permission)
3  Thomas M. Ferlauto
   King & Ferlauto, LLP
4  1880 Century Park East, Suite 820
   Los Angeles, CA 90067
5  Tel.: (310) 552-3366
   Fax: (310) 552-3289

6
   *Attorneys for Plaintiff, on behalf of himself and*
7  *others similarly situated*

8

9

10  Dated: March 13, 2009

**IT IS SO ORDERED**

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA